**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KEVIN MADDEN,**

    **Petitioner,**                                   **CASE NO. 2:09-CV-00747
                                                                                JUDGE MARBLEY**
**v.**                                                                                     **MAGISTRATE JUDGE ABEL**

**WARDEN, TOLEDO
CORRECTIONAL INSTITUTION,**

    **Respondent.**

**OPINION AND ORDER**

On December 17, 2010, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

                                                                       s/Algenon L. Marbley
                                                                      ALGENON L. MARBLEY
                                                                      UNITED STATES DISTRICT JUDGE

**DATED:  March 11, 2011**