**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**KEVIN MADDEN,**

    Petitioner,                        **CASE NO. 2:09-CV-00747**
                                                  **JUDGE MARBLEY**
v.                                        **MAGISTRATE JUDGE ABEL**

**WARDEN, TOLEDO**
**CORRECTIONAL INSTITUTION,**

    Respondent.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the March 11, 2011 Opinion and Order, the Court ADOPTED and AFFIRMED the Report and Recommendation. This action is hereby DISMISSED.

Date: **March 11, 2011**                     **James Bonini, Clerk**

                                                     s/Betty L. Clark
                                                     Betty L. Clark/Deputy Clerk